In the Matter of LILLIAN LEVY, Respondent, against PAUL L. ROSS et al., Constituting the Temporary City Housing Rent Commission of the City of New York, Appellants.— Order directing appellants, constituting the Temporary City Housing Rent Commission of the City of New York, on motion of respondent, to issue a certificate to her permitting the eviction of a tenant, reversed on the law and the facts, without costs, and the application denied, without costs, upon the authority of *Matter of Wallach* v. *Ross* (273 App. Div. 1021.) Lewis, P. J., Carswell, Nolan, Sneed and Wenzel, JJ., concur.

In the Matter of NAN C. MILLER, Appellant, against STANLEY R. MILLER, Respondent.— Order dismissing writ of habeas corpus and awarding custody of the children of the parties to respondent, affirmed, without costs. No opinion. Lewis, P. J., Carswell, Johnston and Adel, JJ., concur; Wenzel, J., not voting.

ALBERT L. RAVEN et al., as Agent for CARL A. RAVEN and Others, Distributees of ELBERTA F. RAVEN, Deceased, Respondent, v. GERTRUDE L. BOURNE, Appellant, et al., Defendants.— Appeals from the orders of the County Court of Westchester County, dismissing appeals to that court from two orders of the City Court of Mount Vernon which were entered in a summary proceeding instituted in that court to recover possession of real property, dismissed, with one bill of $10 costs and disbursements. Under the provisions of section 218 of the Charter of the City of Mount Vernon (L. 1922, ch. 490, as amd.), appeals from orders affecting a substantial right, made in a special proceeding by the City Court of Mount Vernon or the City Judge thereof, must be taken to the Appellate Division of the Supreme Court. (*Matter of Marinsky* v. *Ranald*, 259 App. Div. 849; *Lera Realty Co.* v. *Rich*, 273 App. Div. 913.) Lewis, P. J., Carswell, Nolan, Sneed and Wenzel, JJ., concur.

THERESA KNAPP, Respondent, v. GLENWOOD GARDENS, INC., Appellant.— Action to recover damages for personal injuries suffered as a consequence of a fall by plaintiff on a sidewalk adjoining defendant's property because of an icy condition artificially created by the defendant's structure, abutting the sidewalk. Judgment of the City Court of Yonkers in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ.

BURT MACBRIDE, Appellant, v. ROWLAND H. GEORGE, Respondent.— In an action to recover the sum of $250, paid in connection with the proposed purchase by plaintiff of defendant's property, it appears that no written contract was entered into between the parties and the transaction was not consummated. Order denying plaintiff's motion for summary judgment affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ., concur.